**Order entered February 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01435-CV
## THOMAS J. ELLIS, Appellant

V.

## THE RENAISSANCE ON TURTLE CREEK
## CONDOMINIUM ASSOCIATION, INC. ET AL., Appellees
### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-10-10227

## ORDER

The Court has before it appellant's motion to reduce supersedeas bond, as well as appellee's response to that motion and appellant's reply in support of the motion. The record in this case does not contain the trial court's November 26, 2012 order on plaintiff's motion to approve supersedeas bond. The Court **ORDERS** Gary Fitzsimmons, Dallas County District Clerk, to file a supplemental clerk's record containing the November 26, 2012 order within ten days of the date of this order. We **DIRECT** the Clerk of this Court to send copies of this order by electronic transmission to Gary Fitzsimmons, Dallas County District Clerk; to the Dallas County District Clerk, Civil Records Division; and to counsel for all parties.

/s/     ELIZABETH LANG-MIERS
JUSTICE